IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Derick Lamont Singleton, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Civil Action No. 0:14-140-MGL |
| William R. Byars, Jr., *et al.*, | ) ) ) | **ORDER** |
| Defendants. | ) | |

On January 17, 2014, the Plaintiff, Derick Lamont Singleton ("Plaintiff"), proceeding *pro se*, brought this civil action seeking relief pursuant to 42 U.S.C. § 1983. (ECF No. 1). The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Paige J. Gossett, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and other cited authorities. (ECF No. 61). Objections to the Report were due by March 16, 2015. Plaintiff filed no objections to the Report.

This Court is charged with conducting a *de novo* review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate

Judge's Report and Recommendation is **ACCEPTED**, (ECF No. 61), and Plaintiff's complaint is thereby **DISMISSED**. Additionally, in light of the foregoing, all other pending motions, (ECF Nos. 50, 51 and 60), are properly terminated as **MOOT**.

    **IT IS SO ORDERED**.

                                             ____s/Mary G. Lewis____
                                              United States District Judge

April 9, 2015
Columbia, South Carolina