AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Derick Lamont Singleton,<br>*Plaintiff,*<br>v.<br>William R. Byars, Jr.; Major Earley; Lt. Church; Cpl. Lee; Ms. Johnson; Ann Hallman; BJ Thomas; William Brightharp, each in his or her individual-personal capacity; Cpl. Mr. Syphars, Bus Driver at Perry Corr. Inst.; and Larry Cartledge, Warden at Perry Corr. Inst.,<br>*Defendants,* | Civil Action No.   0:14-cv-00140-MGL |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Derick Lamont Singleton, shall take nothing of the defendants, Ms. Johnson, Ann Hallman, and BJ Thomas, as to the complaint filed and the action as to the defendants, Ms. Johnson, Ann Hallman, and BJ Thomas is dismissed without prejudice.

■ other: the plaintiff, Derick Lamont Singleton, shall take nothing of the defendants, William R. Byars, Jr., Major Earley, Lt. Church, Cpl. Lee, William Brightharp, Cpl. Mr. Syphars, and Larry Cartledge, as to the complaint filed and this action is dismissed with prejudice for lack of prosecution and for failure to comply with this court's orders pursuant to Rule 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Mary G. Lewis, United States District Judge, presiding. The Court, in the order dated 6/9/2014, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the action against Ms. Johnson, Ann Hallman, and BJ Thomas without prejudice.

☒ decided by the Court, the Honorable Mary G. Lewis, United States District Judge, presiding, having adopted the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, dismissed the case with prejudice.

Date:   April 9, 2015                                              ROBIN L. BLUME, CLERK OF COURT

                                                                                        s/G. Mills
                                                                        _____
                                                                          *Signature of Clerk or Deputy Clerk*